

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
Katalyn Uranyi,
    Plaintiff,

-vs-                      **ORDER OF DISCONTINUANCE**

Wendy's old Fashioned Hamburgers of New York,   CV- 04-1316(FB)(VVP)
et. al.,
    Defendant.
-----------------------------------------------X

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          December 16, 2005